**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge Francisco BRAVO–ROSAS,**
**Defendant–Appellant.**

No. 14–10265.

United States Court of Appeals,
Ninth Circuit.

Submitted April 6, 2015.*

Filed April 13, 2015.

Todd Mitchell Allison, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable James Donato, District Judge for the U.S. District Court for the Northern District of California, sitting by designation.

Philip Edward Hantel, Esquire, Phoenix, AZ, for Defendant–Appellant.

Before: SILVERMAN and BEA, Circuit Judges, and DONATO,** District Judge.

MEMORANDUM ***

Jorge Francisco Bravo–Rosas appeals the length of his sentence for violating the terms of his supervised release. Bravo does not appeal the district court's finding that he violated the terms of his supervised release. We have jurisdiction under 28 U.S.C. § 1291.

The parties have advised the court that Bravo was released on March 11, 2015. This appeal is therefore moot. *See United States v. Palomba,* 182 F.3d 1121, 1123, n. 3 (9th Cir.1999).

**DISMISSED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.